

## ORDER

The petitioner's prayer for relief pending consideration of the petition for certiorari is denied without prejudice to the filing of a proper motion with a supporting memorandum.

## BRISTOL AND WARREN GAS COMPANY

v.

## Edward F. BURKE, Chairman, et al.

### No. 79–314–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Coffey, McGovern, Noel & Novogroski, John G. Coffey, Jr., W. Kenneth O'Donnell, Providence, for petitioner.

Dennis J. Roberts, II, Atty. Gen., John R. McDermott, Harold E. Krause, Jr., Special Asst. Attys. Gen., for respondents.

## ORDER

The petitioner's motion for reconsideration of its request for stay is denied. Petitioner's motion for leave to enlarge the record as prayed is denied.

## Ralph DeFUSCO

v.

## Helene P. DeFUSCO.

### No. 79–387–A.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Friedman & Kessler, Harold I. Kessler, Providence, for plaintiff-appellee.

Temkin, Merolla & Zurier, Amedeo C. Merolla, Providence, for defendant-appellant.

## ORDER

The wife's motion for stay of the Family Court decree permitting partition and sale of the marital domicile is granted.

## The COALITION FOR CONSUMER JUSTICE

v.

## Edward F. BURKE, Chairman, et al.

### No. 79–359–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Carl I. Freedman, Rhode Island Legal Services, Inc., Providence, for petitioner.

Tillinghast, Collins & Graham, Peter J. McGinn, Mark A. Pfeiffer, Providence, for New England Telephone and Telegraph Company.

## Burt A. JORDAN

v.

## Ann JORDAN.

### No. 79–411–M.P.

Supreme Court of Rhode Island.

Nov. 16, 1979.

Aram A. Arabian, Providence, for plaintiff-respondent.